**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**GLORIA JEAN CHAMBLISS**                                    **PLAINTIFF**

**V.**                                    **Civil No.** 5:26-cv-40-DCB-BWR

**SAMANTHA F. JACKSON-JAMES, in her Official and
Individual Capacity, and WESTERN SURETY COMPANY**        **DEFENDANTS**

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Samantha Franklin-Jackson,[1] in both her individual and official capacities, ("Franklin-Jackson") files this Notice of Removal of the civil action styled *Gloria Jean Chambliss v. Samantha Jackson-James*, Case No. 32CI1:25-cv-00102-THI from the Circuit Court of Jefferson County, Mississippi, to the United States District Court for the Southern District of Mississippi, Western Division.  In support of this Notice, Franklin-Jackson states the following:

1.      Plaintiff Gloria Jean Chambliss ("Plaintiff") filed this lawsuit on December 4, 2025. Plaintiff alleges that Franklin-Jackson, in her official capacity as Tax Collector for Jefferson County, mishandled land and tax records and otherwise violated Plaintiff's constitutional rights to due process in violation of 42 U.S.C. § 1983.  A copy of the state court complaint is attached hereto as Exhibit A.  Franklin-Jackson will file a certified copy of the state court record, including the Complaint, once received.

2.      Plaintiff seeks injunctive relief and monetary damages, including an unspecific amount of punitive damages.  Ex. A.

---

[1] Plaintiff's Complaint incorrectly lists Franklin-Jackson's last name as Jackson-James.  This is a misnomer.

3.      This Notice of Removal is filed within thirty days after Franklin-Jackson was served with process in her individual capacity, which occurred on January 6, 2026.  Plaintiff's official capacity claim against Franklin-Jackson is a claim against Jefferson County under governing federal and state law, but Jefferson County has not been served.  Accordingly, regardless of which capacity in which she removes this case, this removal is timely under 28 U.S.C. § 1446(b)(3).

4.      Venue is proper in the United States District Court for the Southern District of Mississippi, Western Division, because that is the district in which the state court action was filed. *See* 28 U.S.C. §§ 1446(a), 104(b)(4).

5.      The Court has original jurisdiction over this matter under 28 U.S.C. § 1331 because Plaintiff asserts a claim under 42 U.S.C. § 1983.  Franklin-Jackson is the duly elected Tax Collector for Jefferson County, Mississippi, as provided for in Article 5, § 135 of the Mississippi Constitution.  Jefferson County is a political subdivision of the State of Mississippi.

6.      Codefendant Western Surety Company consents to this removal.

7.      The civil action filed by Plaintiff in the Circuit Court of Jefferson County, Mississippi, is one in which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1331 because Plaintiff asserts at least one federal cause of action under 42 U.S.C. § 1983.  Accordingly, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

8.      Franklin-Jackson will provide written notice of the filing of this Notice of Removal to Plaintiff, and a true and correct copy of this Notice will be duly filed with the Clerk of the Circuit Court of Jefferson County, Mississippi, as required by 28 U.S.C. § 1446(d).

9.      Defendant Samantha Franklin-Jackson requests this Court proceed with the handling of this case as if it had been originally filed herein, and that further proceedings in the Circuit Court of Jefferson County, Mississippi, be hereby stayed.

This the 2nd day of February, 2026.

**SAMANTHA JACKSON-JAMES, in her Official and Individual Capacities**

BY:/s/ *Charles E. Cowan*
    CHARLES E. COWAN

**OF COUNSEL:**

CHARLES E. COWAN (MSB #104478)
**WISE CARTER CHILD & CARAWAY, P.A.**
401 East Capitol Street, Suite 600
Jackson, Mississippi 39201
Post Office Box 651
Jackson, Mississippi 39205
(P):  601-968-5500
(F):  601-944-7738
cec@wisecarter.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the foregoing on all parties of record.

THIS the 2nd day of February, 2026.

   / s/ *Charles E. Cowan*
   CHARLES E. COWAN

3